IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCADIO ROSARIO, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 09-4387 |
| | : | |
| J.D. ECKMAN, INC., MARK ECKMAN, RICHARD WITTLENGER, CONTINENTAL CASUALTY COMPANY and CNA FINANCIAL COMPANY, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 14th day of September, 2010, upon consideration of the Motion to Dismiss by Defendants Continental Casualty Company ("CCC") and CNA Financial Company ("CNA") (Dkt. No. 16), Plaintiff's response (Dkt. No. 317), CCC's brief in opposition to Plaintiff's Motion to Amend the Complaint to Add CNA Financial Corporation as a Defendant (Dkt. No. 18), the Reply Brief by Defendants CCC and CNA (Dkt. No. 22), Plaintiff's Sur-Reply (Dkt. No. 26), and for the reasons set forth in the accompanying Memorandum,

IT IS ORDERED that the Motion to Dismiss is GRANTED and Defendants Continental Casualty Company and CNA Financial Company are dismissed from this case.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE